GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID P. PETERMANN
Assistant United States Attorney
Ohio State Bar No. 0071332
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.petermann@usdoj.gov
Attorneys for Plaintiff

FILED

2023 JUL 19 PM 5: 16

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR23-01078 TUC-JCH(MAA)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

        vs.

Cody Gene Boger,

                    Defendant.

No.

**INDICTMENT**

VIOLATION:
18 U.S.C. §§ 922(a)(6) & 924(a)(2)
(Making a False Statement in
Connection with Acquisition of
a Firearm)
Count 1

18 U.S.C. § 924(a)(1)(A)
(False Statement During
Purchase of a Firearm)
Count 2

18 U.S.C. § 924(d); 28 U.S.C. §
2461(c); 50 U.S.C. § 4819(d)(1)(C)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about March 10, 2023, in the District of Arizona, Defendant CODY GENE BOGER knowingly made a false statement and representation in connection with the acquisition of a firearm, to wit: a Fabrique National, model 249s, 5.56 x 45 mm caliber belt-fed semi-automatic rifle, bearing serial number M249SA06470 to Turner's Outdoorsman, which was intended and likely to deceive the business as to a fact material to the lawfulness of the sale of the firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information

required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the listed business, in that Defendant CODY GENE BOGER stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

## COUNT 2

On or about March 10, 2023, in the District of Arizona, the defendant, CODY GENE BOGER, knowingly made a false statement and representation to Turner's Outdoorsman, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Turner's Outdoorsman, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that his current residence was at 4941 E 26th Street, Tucson, Arizona, whereas in truth and in fact, he had resided at 5515 S Forgeus, Apt. 3201, Tucson, Arizona for at least 3 years prior to filling out the form, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of either Count One or Count Two of this Indictment, the defendant, CODY GENE BOGER, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including, but not limited to:

A Fabrique National, model 249s, 5.56 x 45 mm caliber belt-fed semi-automatic rifle, bearing serial number M249SA06470.

If the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to

*United States of America v. Cody Gene Boger*
*Indictment Page 2 of 3*

Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: July 19, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
DAVID P. PETERMANN
Assistant U.S. Attorney

*United States of America v. Cody Gene Boger*
*Indictment Page 3 of 3*